FILED
08 JAN 31 PM 4 42
RICHARD W. WIEKING IN PRO-PER
CLERK US 1/20/08
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY KRAH   Plaintiff,      )      CASE NO. _____
                                       )
vs.                                    )      PRISONER'S
                                       )      APPLICATION TO PROCEED
                                       )      IN FORMA PAUPERIS
                                       )
MR. CROOK                  Defendant.  )
SONOMA COUNTY JAILER                   )

I, _____CHARLES KRAH_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _*_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)   1985 FARRELS TRUSS AND LUMBER
4  COMPANY SONOMA CA. WAGES -$150.00 PER WEEK $600.00 PER MONTH
5  SONOMA, HIGHWAY, SONOMA CA.
6  
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No _*_
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No _*_
12          or royalties?
13     c.   Rent payments?                       Yes ___ No _*_
14     d.   Pensions, annuities, or              Yes ___ No _*_
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No _*_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  
22  
23  3.    Are you married?                       Yes ___ No WIDDOWED
24  Spouse's Full Name: PATRICIA ROSE KRAH DIED IN SEPT.1977
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).   I AM NOT SUPPORTING ANYONE
5  _____
6  _____
7  5.   Do you own or are you buying a home?     Yes ____ No *____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?     Yes ____ No *____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.   Do you have a bank account? Yes ____ No *____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ____ Amount: $ 4.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No *____
20 _____
21 8.   What are your monthly expenses? NONE AM IN COALINGA STATE HOSPITAL
        RECEIVE $12.50 A MONTH FROM STATE
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____     $_____     $_____
27 _____     $_____     $_____
28 _____     $_____     $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)    NO DEBT.S AT PRESENT TIME

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No _*_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

!/20/08                                  Charles Anthony Krah

DATE                                 SIGNATURE OF APPLICANT

Case Number: C 08 0038

**CERTIFICATE OF FUNDS**

IN CIVIL DETAINEE'S

~~PRISONER'S~~ ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  CHARLES.A.KRAH  for the last six months
COALINGA STATE HOSPITAL   [prisoner name]  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 20.74  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 22.76 .

Dated: 1/23/08                              _____
                                            [Authorized officer of the institution]

- 5 -

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

1/23/2008  
9:20:44AM

**COALINGA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

0006668   Krah, Charles  
Unit:   110

|   | TransDate | Doc No. | Description/Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|
| 1 | 07/16/2007 | 16-17087 | Admit Sonoma County<br>Admit Sonoma County | | $57.63 | $57.63 |
| 2 | 07/16/2007 | 16-17087 | ASH Funds<br>ASH Funds | | $18.59 | $76.22 |
| 3 | 07/20/2007 | 13-072007 | Misc Disbursement<br>CASH CARD DISB | $10.00 | | $66.22 |
| 4 | 07/20/2007 | 13-072007 | Misc Disbursement<br>Cash Card Disb. | $66.22 | | $0.00 |
| 5 | 11/13/2007 | 18-111207 | AB1013 Funds<br>AB1013 (12.50) for 11/12/07 | | $2.50 | $2.50 |
| 6 | 11/14/2007 | 13-111407 | Misc Disbursement<br>Cash Card Disb. | $2.50 | | $0.00 |
| 7 | 12/12/2007 | 18-121207 | AB1013 Funds<br>$12.50 Receipts | | $12.50 | $12.50 |
| 8 | 12/13/2007 | 13-121307 | Misc Disbursement<br>Cash Card Disb. | $12.50 | | $0.00 |
| 9 | 01/11/2008 | 18-011220 | AB1013 Funds<br>AB1013 (12.50) for 1/12/08 | | $12.50 | $12.50 |
| 10 | 01/11/2008 | 13-011108 | Misc Disbursement<br>Cash Card Disb. | $12.50 | | $0.00 |

DATE  1/23/08

THIS IS A CERTIFIED COPY OF  
THE ABOVE NAMED PATIENT'S  
HOSPITAL ACCOUNT.

*[signature]*  
TRUST OFFICER

TOTAL WITHDRAWLS / DEPOSITS:                                             $103.72       $103.72