IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY KRAH, | No. C 08-0038 WHA (PR) |
| Plaintiff, | **GRANT OF IN FORMA PAUPERIS STATUS** |
| v. | |
| Deputy CROOK, Sonoma County Jail, | |
| Defendants. | |

Plaintiff's application for permission to proceed in forma pauperis (document number 4 on the docket) is **GRANTED**. His earlier motion (document number 2) is **DENIED** as moot. The total filing fee that ultimately will be due is $ 350.00. In view of plaintiff's income and account balance over the last six months, and the fact that the necessities of life are provided for him at the state hospital where he is confined, plaintiff shall pay a partial filing fee of $ 4.40 within thirty days of the date this order is entered (the date the clerk has stamped above). *See Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995) (court may impose partial filing fee in nonprisoner cases if plaintiffs' resources make that appropriate).

**IT IS SO ORDERED.**

Dated: February  8 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\KRAH0038.IFP.wpd