CASE NO.C08-0038WHA(PR)
COPY
3/7/08

RECEIVED FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FROM: CHARLES.A.KRAH UNIT#10
C.S.H  P.O BOX 5003
COALINGA,CALIF.93210

TO:OFFICE OF THE CLERK U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO,CALIFORNIA 94102

SIR: THE TRUST OFFICE HERE FOULED-UP AND DID NOT GET THE $4.50 SENT TO YOUR OFFICE LAST MONTH ,PLEASE EXCUSE THE MISTAKE.I AM MAKING SURE IT IS SENT TO YOUR OFFICE AS SOON AS POSSIBLE TODAY.PLEASE EXCUSE THE DELAY,I JUST DISCOVERED THAT IT HAD NOT BEEN SENT IN A TIMELY MANNER.

RESPECTFULLY YOURS

Charles Krah

CHARLES.A.KRAH UNIT#10
C.S.H P.O BOX 5003
COALINGA,CALIF.93210

OFFICE OF THE CLERK U.S DISTRICT
COURT NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO,CALIFORNIA 94102

(CONFIDENTIAL LEGAL MAIL)

