Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:    707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendants County of Sonoma (erroneously sued as Sonoma County Jail) and C.O. Crook

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY KRAH,<br><br>           Plaintiff,<br><br>v.<br><br>DEPUTY CROOK, SONOMA COUNTY JAIL<br><br>           Defendant. | No. C 08-0038 WHA (PR)<br><br>**DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br>**[Unenumerated]** |

TO PRO PER PLAINTIFF CHARLES ANTHONY KRAH:

    PLEASE TAKE NOTICE and notice is hereby given that defendants County of Sonoma and C.O. Crook will and do hereby move for dismissal of plaintiff's complaint pursuant to 42 U.S.C. §1997e(a), based upon plaintiff's failure to exhaust administrative remedies required under the Prison Litigation Reform Act prior to bringing suit against this defendant.

///
///
///
///
///
///

1  The motion will be based upon this notice of motion, the accompanying memorandum of points and authorities and declaration of Michael Toby, and on such other and further matter as the Court deems proper.

DATED:     April 16, 2008           SENNEFF FREEMAN & BLUESTONE, LLP

By: _____
Bonnie A. Freeman
Attorneys for County Defendants

PROOF OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On April 16, 2008, I served the following document(s):

**DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**
**[Unenumerated]**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below to:

*Plaintiff*:
Charles A. Krah
Coalinga State Hospital
Unit #10
P.O. Box 5003
Coalinga, CA 93210-5003

　　✗　**BY U.S. MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated and sent via first class mail to each individual stated below. I am readily familiar with Senneff Freeman & Bluestone's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

　　　　**BY HAND DELIVERY:** I caused such document to be delivered by hand to Mr. Gwire while in attendance at deposition at 50 Old Courthouse Sq., Ste. 401, Santa Rosa, CA 95404.

　　　　**BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated.

　　　　**BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on the date set forth above.

_____
Tracy Kecskemeti

CASE NO. C 08-0038 WHA (PR):    PROOF OF SERVICE