1  Bonnie A. Freeman, Esq. (SB 180502)
   SENNEFF FREEMAN & BLUESTONE, LLP
2  50 Old Courthouse Square, Suite 401
   P.O. Box 3729
3  Santa Rosa, CA  95402-3729
   Telephone:     707-526-4250
4  Facsimile:      707-526-0347

5  Attorneys for Defendants County of Sonoma (erroneously sued as Sonoma County Jail)
   and C.O. Crook

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY KRAH, | No. C 08-0038 WHA (PR) |
| Plaintiff, | **DECLARATION OF MICHAEL TOBY IN SUPPORT OF DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S MOTION TO DISMISS COMPLAINT** [Unenumerated] |
| v. | |
| DEPUTY CROOK, SONOMA COUNTY JAIL | |
| Defendant. | |

SENNEFF FREEMAN BLUESTONE

NO. C 08-0038 WHA (PR):   DECLARATION OF MICHAEL TOBY IN SUPPORT OF DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S MOTION TO DISMISS COMPLAINT [Unenumerated]

Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:   707-526-4250
Facsimile:     707-526-0347

Attorneys for Defendants County of Sonoma (erroneously sued as Sonoma County Jail) and C.O. Crook

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY KRAH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DEPUTY CROOK, SONOMA COUNTY JAIL<br><br>　　　　　　　Defendant. | No. C 08-0038 WHA (PR)<br><br>**DECLARATION OF MICHAEL TOBY IN SUPPORT OF DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S MOTION TO DISMISS COMPLAINT**<br>[Unenumerated] |

I, Michael Toby, declare:

1. I am employed by the Sonoma County Sheriff's Department, Correctional Division, and have been an employee with the SCSD since 1991. I am currently Administrative Lieutenant the Main Adult Detention Facility (Sonoma County Jail) (herein "MADF") and have been a lieutenant since 2002. I have personal knowledge of the following and am competent to testify to the truth thereof.

2. I have reviewed the official records, kept in the ordinary course of business, of the MADF in relation to the plaintiff, Charles Anthony Krah. Mr. Krah has been an inmate in our facility on a number of occasions. On July 31, 2007, in the early morning hours, we received Mr. Krah in our booking area as a transported inmate from Coalinga State Hospital.

3. I have personally checked all of the records related to Mr. Krah, and to grievances in general. There has never been a grievance filed by Mr. Krah for the incident described in his complaint. The only grievance that Mr. Krah ever filed with our facility was back in 2004, and could not have had anything to do

1

with the incident described in his complaint as occurring on 7/31/07.

Attached hereto as Exhibit A is a true and correct copy of an Inmate Grievance Form, Sonoma County Adult Detention Division (Rev. 10/02) which was in use during the period that Mr. Krah was housed in our facility from July 31, 2007 through August 16, 2007 (when he was transferred back to the State hospital.)

4. The back side of the form contains the instructions to the inmate regarding how and when to use the form. The formal grievance process requires that the inmate file the grievance within three days of the date of the complaint. In this case, Mr. Krah would have had to file a grievance no later than August 3, 2007. Formal grievances require a specific response from the officer: "The officer has one (1) working day to meet with you and one (1) working day to give you an answer in writing on the Grievance Form." The form then explains the next two steps and, if necessary, the appeal thereafter. Grievances which concern "Staff Misconduct" have a slightly different "Step Three" process (as stated on the back of the form under "EXCEPTIONS"), but even grievances concerning Staff Misconduct are subject to this formal grievance procedure.

5. The formal grievance procedure, had it been followed, would have allowed for investigation (including interviews of witnesses) of the circumstances of Mr. Krah's complaint. However, because no grievance was filed, there was no investigation of the claims he has made in this lawsuit.

6. Mr. Krah did not file a formal grievance within the time period required by the formal grievance policy. However, he did file an Inmate Request Form within that three-day period (or thereabouts), in which he requested two copies of a "Marsden Motion." Attached hereto as Exhibit B is a true and correct copy of that request. The date that the officer received the Inmate Request Form is noted as 8/3/07 (although it is dated 8/4/07 by Mr. Krah).

7. Our facility provides Inmate Handbooks to all inmates when they are housed in the MADF. Attached hereto as Exhibit C is a true and correct copy of portions of that Inmate Handbook. Page 7 of the handbook informs the inmates of the formal grievance procedure.

8. Attached hereto as Exhibit D is a true and correct copy of the MADF policy on Inmate Grievances. This policy sets forth the same grievance filing requirements as are found on the Inmate Grievance Form, and specifically states that "Inmates have the right to pursue any grievance with the Courts <u>after all steps of the Grievance Procedure have been exhausted</u>." (Exhibit D, p. 2, Section 3.1(E), emphasis added.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct. Executed this 14 day of April, 2008, in Santa Rosa, California.

_____
Michael Toby

3

PROOF OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On April 16, 2008, I served the following document(s):

**DECLARATION OF MICHAEL TOBY IN SUPPORT OF DEFENDANTS COUNTY OF SONOMA AND C.O. CROOK'S MOTION TO DISMISS COMPLAINT**
[Unenumerated]

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below to:

*Plaintiff:*
Charles A. Krah
Coalinga State Hospital
Unit #10
P.O. Box 5003
Coalinga, CA 93210-5003

**✗  BY U.S. MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated and sent via first class mail to each individual stated below. I am readily familiar with Senneff Freeman & Bluestone's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

**___  BY HAND DELIVERY:** I caused such document to be delivered by hand to Mr. Gwire while in attendance at deposition at 50 Old Courthouse Sq., Ste. 401, Santa Rosa, CA 95404.

**___  BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated.

**___  BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on the date set forth above.

_____
Tracy Kecskemeti

CASE NO. C 08-0038 WHA (PR):   PROOF OF SERVICE