# EXHIBIT A

# INMATE GRIEVANCE FORM
### Sonoma County Adult Detention Division

| INMATE'S NAME | HOUSING UNIT | GRIEVANCE NUMBER |
|---|---|---|
|  |  |  |

**Carefully Read All Instructions On The Back Of This Form Before Filing Your Grievance**

**STEP I**  Clearly and neatly print your Grievance, Date and Location of Incident, and your Requested Solution.

GRIEVANCE: _____
_____
_____
_____
_____
_____

Date and Location of Incident: _____

Requested Solution: _____

Inmate's Signature: _____    Date: _____

Receiving Officer's Signature: _____    Date: _____

Officer's Response: _____
_____
_____
_____

Officer's Signature: _____    Date: _____

**STEP II**  If you do not agree with the Officer's Response, sign below, with today's date, and send this form to the Supervising Sergeant for a review of the Officer's decision.

Inmate's Signature: _____    Date: _____

Sergeant's Response: _____
_____

Sergeant's Signature: _____    Date: _____

**STEP III**  If you do not agree with the Sergeant's response sign below, with today's date and send this form to the Disciplinary/Grievance Officer (DGO).

Inmate's Signature: _____    Date: _____

Response From DGO: _____SEE ATTACHED MEMORANDUM_____    Date: _____

**APPEAL:** If you wish to appeal the DGO's decision, state the reason for the appeal, sign below, with today's date, and forward this form to the DGO. It will then be sent to the Administrative Lt. or the Assistant Facility Manager.

Reason for appeal: _____
_____

Inmate's Signature: _____    Date: _____

Response From Lt.: _____
_____
_____

Lieutenant's Signature: _____    Date: _____

DD 530 (Rev. 10/02) *Side 1*

# HOW TO FILE A GRIEVANCE

## INFORMAL GRIEVANCE

Before you file this Grievance Form you are encouraged to meet with the Officer in charge of your housing area to discuss your complaint. Give the Officer an opportunity to help you solve your problem before taking formal action.

## FORMAL GRIEVANCE - STEP I

You have three (3) days from the date of your complaint to file a formal grievance. To file a formal grievance print your name, housing unit, complaint, the date and location the incident occurred that resulted in your complaint, and the solution you seek to your complaint in the appropriate spaces on this Grievance Form. Give the form to the Officer in charge of your housing area. The Officer will sign and date that he or she received the grievance and give the inmate the yellow copy. Discuss the complaint with the Officer and try to find a solution. The Officer has one (1) working day to meet with you and one (1) working to give you an answer in writing on the Grievance Form.

## FORMAL GRIEVANCE - STEP II

If you don't agree with the response from the Officer, you have two (2) days from the receipt of the written response from the Officer to sign your name and date on the Grievance Form under Step II and give the form to the Supervising Sergeant for review.

The Supervising Sergeant has two (2) working days to review the answer of the Officer. The Sergeant will answer your grievance on the Grievance Form.

## FORMAL GRIEVANCE - STEP III

If you don't agree with the response from the Supervising Sergeant, you have two (2) days to complete Step III on the Grievance Form, sign your name and date the form, and give the form to the Disciplinary/Grievance Officer. The DGO has two (2) working days to meet with you and discuss your grievance and another four (4) working days to respond to your grievance in writing. If the DGO can investigate, and write a response within two (2) days. He/she is not required to meet with you.

## FORMAL GRIEVANCE - APPEAL

If you don't agree with the response of the DGO, you have two (2) days to complete the Appeal section of the Grievance Form. You must state valid reasons why you are appealing the decision of the DGO, sign and date the form and submit the form to the DGO for processing. He/she will forward the appeal to the Administrative Lieutenant or NCDF Assistant Facility Manager for review. (You may attach additional sheets as necessary.)

The Administrative Lieutenant or NCDF Assistant Facility Manager has three (3) working days to review your appeal and to respond to you in writing. If you don't like the decision of the Administrative Lieutenant or the NCDF Assistant Facility Manager you may pursue the matter in the Courts.

## EXCEPTIONS

The above steps will apply to all grievances, with the exception of Medical Issues and Staff Misconduct.

    **Medical:** The receiving Officer will forward your grievance to the DGO. The DGO will assign the grievance a number and forward it to Medical Staff. Medical Staff have five (5) working days to respond.

    **Staff Misconduct - Step III:** If you do not agree with the Sergeant's response, sign and date your grievance, and forward to the DGO. The DGO will assign your grievance a number and forward to the Watch Commander for a response. The Watch Commander has ten (10) working days to investigate and respond to your grievance.

DD 530 (Rev. 10/02) *Side 2*