# EXHIBIT B

SONOMA COUNTY DETENTION DIVISION
**INMATE REQUEST FORM**

1. Inmate Name *(Enter full name)*   2. D.O.B.   3. Housing Unit   4. Booking #
Last: KRAH   First: CHARLES   M.I.: A.   5/2/30   MH-15   9951652

5. PLEASE SEND THIS REQUEST TO THE FOLLOWING OFFICER/DEPARTMENT:

☐ Program Officer   ☐ District Attorney   ☐ Probation
☐ Public Defender   ☐ Mental Health   ☑ Other  LEGAL LIBRARY
☐ Friend's Outside   ☐ Classification

6. NAME OF INDIVIDUAL TO CONTACT: Law Clerk

7. I WOULD LIKE TO DISCUSS A COMPLAINT.  ☐  *(Explain in Comments/Request section below)*

8. I WOULD LIKE INFORMATION.  ☐  *(Print in Comments/Request section below)*

COMMENTS/REQUEST: Sir, I am ~~in ad seg status~~ would you please send one 2 copies of the (Marsden) Motion. Thank you

9. INMATE SIGNATURE: Charles Krah   DATE: 8/4/07
10. RECEIVING STAFF SIGNATURE: Cooper   DATE: 8/3/07

**11. RESPONSE TO INMATE**

☐ YOUR REQUEST CANNOT BE ACTED ON AT THIS TIME. *(See Explanation/Answer below)*

☐ EXPLANATION/ANSWER: _____

one

12. RESPONDING STAFF SIGNATURE: K   DATE: 8/6

DD 537 (Rev.9/02) Side 1   Pink Copy - Inmate, White Copy - D File, Yellow Copy - Answer