# EXHIBIT C

# INMATE RULES
# AND
# INFORMATION HANDBOOK



# SONOMA COUNTY
# SHERIFF'S DEPARTMENT
# DETENTION FACILITIES

*BILL COGBILL, SHERIFF - CORONER*

# MISSION STATEMENT

The Sonoma County Sheriff's Department Detention Division exists for the processing, care, and management of individuals held in lawful detention. We are committed to serving the people of California and of Sonoma County by providing a secure, safe, and humane environment for both the staff and inmates.

Our goals in support of this mission are:

To comply with *The California Minimum Jail Standards* and
all other applicable federal, state, and local laws and the standards set forth by the California Medical Association.

To apply the principles of direct supervision as developed by
the National Institute of Corrections;

To develop and support staff through constructive supervision, leadership, training, and maintenance of high employment standards;

To offer inmates an opportunity for rehabilitation through participation in religious, educational, recreational, vocational
work programs and drug rehabilitation programs;

To release inmates back into the community no worse physically or psychologically as a consequence of their confinement.

To manage our resources in a professional, efficient and cost effective manner;

To foster a custodial environment that supports positive inmate behavior and provides discipline for misconduct.

This mission will be fulfilled through our commitment and dedication.

# INMATE RULES AND INFORMATION HANDBOOK

*A GUIDE FOR INMATES HOUSED IN SONOMA COUNTY DETENTION FACILITIES*

Sheriff's Department
County of Sonoma
Bill Cogbill, Sheriff – Coroner

2796 Ventura Avenue
Santa Rosa, California 95403

Revised September 2006

# INTRODUCTION

This handbook provides you with information about your stay in this facility. Read it carefully.

While you are in jail, you will not be treated differently because of your race, religion, national origin, sex, disability, or political belief. You will be given equal access to all programs according to your classification. Your classification is based on your risk and need using valid and reliable information, including but not limited to the current charges, convictions, offense history, and your in-custody behavior (current and prior).

The Sonoma County Detention Facilities use the direct supervision concept of inmate management. This means that there is a supervising officer in each housing unit with you and the other inmates. While you are here, you are responsible for:

- Obeying the rules
- Exhibiting good behavior at all times
- Treating staff and other inmates fairly and with respect

It is the responsibility of staff to treat you in the same way.

If you have any questions, please ask the officer assigned to your housing area.

## NO HOSTAGES

The Sonoma County Detention Facilities are

"No Hostage" facilities.
This means that

**You will not be allowed to escape, even if you take hostages.**

# TABLE OF CONTENTS

| | |
|---|---|
| Americans with Disabilities Act | 1 |
| Medical and Dental Services | 1 |
| Contagious Diseases | 2 |
| Over-the-Counter Medications | 4 |
| Female Inmate Health Services | 5 |
| Mental Health Services | 5 |
| Pretrial Release | 5 |
| National Consulates | 6 |
| Going to Court | 7 |
| I.D. Cards | 7 |
| Grievances | 7 |
| Classification and Housing | 8 |
| Inmate Request Forms | 10 |
| Behavior Standards | 11 |
| Rules and Discipline | 11 |
| Inmate Vandalism | 11 |
| Schedule | 12 |
| Meals | 13 |
| Clean-up | 13 |
| Inspections | 14 |
| Personal Appearance and Cleanliness | 14 |
| Recreation Yard | 14 |
| Telephones | 15 |
| Counting of Inmates | 16 |
| Visiting Rules and Schedule | 16 |
| Mail | 16 |
| Restricted Mail | 17 |
| Inmate Accounts | 18 |
| Commissary | 18 |
| Clothing Exchange | 19 |
| Inmate Council | 19 |
| Module/Unit Workers | 19 |
| In-Custody Detention Programs | 19 |
| Starting Point (SP) | 20 |
| Jail Industries (ROP) | 20 |
| School Time Credits | 21 |
| Adjustments to Sentences | 21 |
| Work Furlough Program | 22 |
| Supervised Electronic Confinement | 22 |

### Going to Court

Your first court appearance (arraignment) will usually take place on the second or third day after your arrest. Your Module/Unit Officer will inform you of your scheduled court appearance. You must be dressed and ready for court when instructed by staff. It is also important to display good behavior on the way to court and in court. The court staff and the movement officers will report any rule violations, which can result in disciplinary action and loss of privileges.

### I.D. Cards

After you are booked, and before you are assigned to housing, you will be given an I.D. card. You must have your I.D. card with you at all times. You must show your I.D. card to receive commissary, medication, medical care, meals, during inmate count, to visit, to appear in court, and when requested by any Detention Staff Member. You must turn in your I.D. card at the time you are released. If you cannot show your I.D. card, your release will be delayed.

Your I.D. card will be worn in plain view on the front left pocket of your shirt or jacket. If you are wearing a tee shirt and shorts, you must clip your I.D. card to the left front of the waistband of your shorts and tuck your tee shirt into your shorts. Tampering with your I.D. card or refusing to show your I.D. card will result in disciplinary action.

### Grievances

If you need to file a complaint, you may use the inmate grievance procedure to resolve your problem. If you have a complaint, first speak with your Module/Unit Officer.

If that does not provide satisfactory results, you may file a formal grievance by completing an *Inmate Grievance Form*. The grievance must be filed with your Module/Unit Officer within three (3) days of the incident. Complete instructions for the grievance process and time limits are on the back of the

Page 7



grievance form. If your grievance is a health or safety emergency, your Module/Unit Officer will immediately address the issue and then if needed, forward your grievance.

**Classification and Housing**

You will be classified and housed based on your risk and need using valid and reliable information, including but not limited to your current charges, convictions, offense history, and your in-custody behavior (current and prior).

You will be interviewed by a Classification Officer who will assign you a classification code and a housing assignment based on the above criteria. If you do not agree with your housing assignment, and you wish to appeal, you must send an *Inmate Request Form* to the Classification Sergeant. State the reason for wanting your housing assignment changed. You may appeal your classification only once every 30 days.

You will be placed into one of the following security levels:

**Maximum (MX)** – You pose a high threat to the public or institutional safety. You are considered the most predatory and are charged with violent, assaultive felony offenses, or your behavior indicates a need for closer supervision. You will have restricted program eligibility.

**Medium (ME)** – You pose a moderate threat to the public or institutional safety. You may have a prior violent felony conviction, or you have problematic behavior and/or are a habitual rule violator. You will have standard program eligibility.

**Minimum (MI)** – You pose little threat to the public or institutional safety. You have non-violent charges and are not a behavior problem. You will have enhanced programs.