# EXHIBIT D

# Grievances - Inmate

| | |
|---|---|
| 1.0 | POLICY STATEMENT |
| 2.0 | DEFINITIONS |
| 3.0 | GENERAL INFORMATION |
| 3.1 | INMATE RIGHTS |
| 3.2 | HEALTH CARE GRIEVANCES |
| 3.3 | TIME LIMITS |
| 3.4 | MISCELLANEOUS INFORMATION |
| 4.0 | PROCEDURES |
| 4.1 | INFORMAL GRIEVANCES |
| 4.2 | FORMAL GRIEVANCES - STEP I |
| 4.3 | FORMAL GRIEVANCE - STEP II |
| 4.4 | FORMAL GRIEVANCE - STEP III |
| 4.5 | FORMAL GRIEVANCE - APPEAL |
| 4.6 | RECORD KEEPING FOR GRIEVANCES |
| 4.7 | HEALTH CARE GRIEVANCES |
| 4.8 | ALLEGATIONS OF STAFF MISCONDUCT |

*Title: **GRIEVANCES - INMATE** MADF Version: 7.04.02*

*Title 15 Standards: 1073*

## 1.0 POLICY STATEMENT

The Sonoma County Sheriff's Department Detention Division will provide a systematic process for the resolution of inmate complaints through the Inmate Grievance Procedure. The procedure is designed to provide resolution of grievances at the lowest practical level. No inmate will suffer reprisals because of the use of the Grievance Procedure. The Inmate Grievance Procedure is also used to provide review of administrative policy, an assessment of staff training, the monitoring of programs, and documentation of incidents which could become subject to subsequent judicial review.

## 2.0 DEFINITIONS

**DGO**              Disciplinary/Grievance Officer.

**Grievance**        A complaint by an inmate which involves any condition of confinement.

| | |
|---|---|
| Frivolous/Excessive Grievances | Grievances that are totally and completely without merit or for the sole purpose of harassing staff. |

## 3.0 GENERAL INFORMATION

## 3.1 INMATE RIGHTS

A. Inmates have the right to grieve any condition of their confinement including, but not limited to:
   1. Health care (medical, dental, mental health)
   2. Classification actions
   3. Disciplinary actions
   4. Program participation
   5. Living conditions including food, bedding, clothing, and recreation,
   6. Access to mail, visiting, and telephones.
B. Inmates have the right to a written response and explanation to all grievances within the time limits outlined in this chapter.
C. Inmates have the right to pursue grievances without fear of reprisal or punitive action.
D. Inmates have the right to appeal all grievances to the Administrative Lieutenant.
E. Inmates have the right to pursue any grievance with the Courts after all steps of the Grievance Procedure have been exhausted.
F. Facility administration reserves the right to control excessive and/or frivolous grievances submitted by any one inmate. All grievances falling within this category will be reviewed by the Administrative Lieutenant for potentially valid complaints. If the Administrative Lieutenant determines that the grievance issue has already been addressed with the inmate, or does not merit further action, the Administrative Lieutenant will notify the inmate accordingly. The Administrative Lieutenant will also notify staff that future grievances from a particular inmate will be sent directly to the Administrative Lieutenant after completion of the Step I portion of the formal grievance procedures.

## 3.2 HEALTH CARE GRIEVANCES

A. All grievances involving health care issues will be directed to the applicable health authority or his designee by the DGO.
B. All health care grievances will be logged by the DGO separately from other grievances.
C. Health care staff must respond to the DGO in writing within three (3) working days.
D. The DGO will respond to the inmate within two (2) working days of receiving the response from Health Care Staff.
E. Medical grievances may be appealed to the Administrative Lieutenant.

## 3.3 TIME LIMITS

A. Failure to adhere to the time limits in the Grievance Procedure will cause the grievance to proceed to the next step if the time limits were not met by Correctional Staff. If time limits are not met by the inmate the grievance will be considered resolved.
B. Time limits may be extended by forwarding a memo to the inmate informing him of the extension of the time limit. Any extension should be reasonable.
C. Time limits are the maximum time allowed. All grievances should be resolved or forwarded as quickly as possible. No grievance should be detained simply because time limits allow for such a delay.
D. Time limits are as follows:
  1. Formal Grievance - Step I
     a. Inmate has three (3) days from the date of the incident to fill out Step I of the Inmate Grievance Form(side one) (side two) and file it with the Module Officer.
     b. The Module Officer has one (1) working day to meet with the inmate.
     c. The Module Officer has one (1) working day following the meeting to respond to the inmate on the Inmate Grievance Form.
  2. Formal Grievance - Step II
     a. The Inmate has two (2) days following the decision of the Module Officer to fill out Step II of the Inmate Grievance form and submit it to the Supervising Sergeant.
     b. The Supervising Sergeant has two (2) working days to investigate the actions/responses of the Module Officer and respond to the inmate in writing.
  3. Formal Grievance - Step III
     a. The Inmate has two (2) days to appeal the decision of the Supervising Sergeant to the DGO.
     b. The DGO has two (2) working days to meet with the inmate, if a meeting is warranted.
     c. The DGO has an additional four (4) working days to investigate the grievance and to respond to the inmate in writing.
  4. Formal Grievance - Appeal
     a. The Inmate has two (2) days to appeal the decision of the DGO to the Administrative Lieutenant.
     b. The Administrative Lieutenant has three (3) working days to investigate the grievance and respond to the inmate in writing. The response shall be returned to the inmate through the DGO so he can log that a response was sent.
  5. Grievances that contain allegations of staff misconduct will adhere to normal time limits until they reach the Watch Commander's investigation. The Watch Commander will have 10 working days from receipt of the grievance to investigate and respond to the inmate in writing. The

response shall be returned to the inmate through the DGO so he can log that a response was sent.

## 3.4 MISCELLANEOUS INFORMATION

A. No one shall delay or divert a grievance from promptly reaching the person designated to receive the grievance.
B. Punishing, discriminating, harassing, coercing or threatening an inmate for communicating a grievance to a higher administrative level is a direct violation of the inmate's rights under the First Amendment of the Constitution and a violation of Division and Department policy and is strictly prohibited.
C. Grievances that contain profanity and/or other offensive material will be returned to the inmate for correction.
D. Any grievances that contain allegations of staff misconduct should be immediately forwarded to the responsible Supervisor for initial investigation.
E. If it is determined, or if it appears, that a grievance is an emergency, i. e., risk to the health, safety or well-being of an inmate or inmates, immediate follow-up is required. Appropriate action will be initiated by the Module Officer by immediately forwarding the grievance up the chain of command for action, if he is not able to resolve the grievance at his level.
F. It is the responsibility of both the inmate and Correctional staff to endeavor to resolve grievances, informally, within the framework of the living site or at the lowest possible level.

## 4.0 PROCEDURES

## 4.1 INFORMAL GRIEVANCES

A. When an **Inmate** wishes to file a grievance he is encouraged to discuss the problem with the Module Officer before filing a formal grievance.
B. The **Module Officer** will attempt to resolve the inmate's problem by investigating solutions and supplying the inmate with a verbal answer to his problem.
C. The **Module Officer** will document informal grievance discussions and investigations in the SCADS Module Activity Log.

## 4.2 FORMAL GRIEVANCES - STEP I

A. The aggrieved **Inmate** will fill out Step I of the Inmate Grievance form, clearly stating the problem and proposed solution and requesting a meeting with the Module Officer, within three (3) days of the incident that resulted in the grievance.
B. The **Module Officer** will meet with the inmate as soon as possible but no later than one (1) working day following receipt of the Inmate Grievance Form and log the receipt of the Grievance Form in the inmate's Management Notes.
C. At the meeting the **Inmate** will clearly and concisely state the grievance and the desired solution.

    D. The **Module Officer** will research the problem and, if necessary, consult with the responsible Supervisor.
    E. The **Module Officer** will respond to the inmate in writing, on the Inmate Grievance Form, within one (1) working day of the meeting. The **Module Officer** will document all steps taken to resolve the grievance.

## 4.3 FORMAL GRIEVANCE - STEP II

    A. If the **Inmate** wishes to continue with the grievance, within two (2) days of receiving the decision from the Module Officer he will fill out Step II on the Inmate Grievance form. The **Module Officer** will sign and date the form under Step II, and submit the form to the Supervising Sergeant.
    B. The **Supervising Sergeant** will ensure that the Module Officer clearly and adequately documented all information gathered while attempting to resolve the grievance.
        1. If the documentation is inadequate the Inmate Grievance form will be returned to the Module Officer for further investigation.
        2. If the Module Officer has adequately responded to the grievance the **Sergeant** will indicate on the form that he agrees with the decision of the Module Officer and return the form to the inmate.
    C. If the grievance involves Support Services Staff, or areas not supervised by the Sergeant, the **Sergeant** will forward the grievance to the appropriate Supervisor.
    D. If the grievance requires additional investigation that can only be done at a supervisory level, the **Sergeant or Support Services Supervisor** will conduct further investigation, document his findings, in writing, to the inmate.
    E. The **Supervising Sergeant or Support Services Supervisor** will have two (2) working days to investigate the grievance and respond back to the inmate in writing.

## 4.4 FORMAL GRIEVANCE - STEP III

    A. If the **Inmate** is not satisfied with the decision of the Supervising Sergeant or Support Services Supervisor he can, within two (2) days, complete Step III of the Inmate Grievance form and submit the form to the DGO through intra-facility mail.
    B. The **DGO** will review the grievance to ensure that all time limits have been met, assign a grievance number (see Section 4.6) and determine that the Module Officer and the Supervising Sergeant were unable to resolve the grievance. The **DGO** will return the grievance to the Supervising Sergeant if it has not been properly investigated.
    C. The **DGO** will have two (2) working days to meet with the inmate. However, if the DGO can resolve the grievance, within the two (2) day period, without meeting with the inmate, he may take that option.
    D. The **DGO** will investigate the grievance. The investigation may include:
        1. Interviews with witnesses, Correctional Staff, and/or Support Services staff and/or

2. Review of policy and procedure, applicable laws, and/or case law.
E. The **DGO** will have an additional four (4) days to respond back to the inmate in writing by memo. The response will include the following information:
   1. Date of the response
   2. Inmate's name and housing location
   3. The name of the DGO
   4. The grievance number
   5. The response to the grievance, containing a summary of the grievance, the investigation and a conclusion and proposed resolution.
F. The **DGO** will attach the original copy of the Inmate Grievance form to the response and forward it to the Classification Sergeant for review and approval.
G. The **Classification Sergeant** will review and approve the response and return it to the DGO for distribution.
H. If the **Classification Sergeant** has any questions or if there are changes that need to be made, he will meet with the DGO, discuss the issues and the **DGO** will make the changes.
I. The **DGO** will make one (1) copy of the Inmate Grievance form, the response and any documentation from the investigation, if applicable, and distribute as follows:
   1. The original of the Grievance form, the original of the response, and copies of the documentation will be forwarded to the Inmate.
   2. A copy of the Grievance form and the response and the originals of the documentation will be filed by the DGO.

### 4.5 FORMAL GRIEVANCE - APPEAL

A. If the Inmate is not satisfied with the response of the DGO the **Inmate** may fill out the Appeal Section of the <u>Inmate Grievance form</u> and forward it to the Administrative Lieutenant within two (2) days of receipt of the response from the DGO.
B. The **Administrative Lieutenant** will investigate the grievance by researching documentation and interviewing the DGO and/or the inmate.
   1. The **Administrative Lieutenant** will respond to the inmate in writing with his decision either on the Grievance Form or by memo within five (5) working days. The response shall be returned to the inmate through the DGO so he can log that a response was sent.
C. The **Administrative Lieutenant** will give the Grievance Form with his response to the DGO.
D. The **DGO** will:
   1. Record the response in the Grievance Appeal Log.
   2. Make a copy of the response.
   3. Forward the original of the Inmate Grievance Form to the Inmate.
   4. File the copy of the response in the Grievance Response File by month.

### 4.6 RECORD KEEPING FOR GRIEVANCES

A. When a Grievance is received by the **DGO** he will assign the Grievance a coded number as follows:
   1. First letter will be the letter G for grievance
   2. The second letter will indicate the facility where the grievance originated. The letter M, if the grievance is filed at the MADF or the letter N if the grievance is filed at the NCDF
   3. Next six (6) numbers are the date the grievance was received by the DGO
   4. The next two (2) numbers reflect the number in sequence, of grievances filed that day
   5. Next is a letter Code for type of grievance as follows:
      a. CA- Commissary
      b. C - Classification
      c. L - Law Library
      d. CS- Custody Status
      e. Y - Yard/Recreation
      f. T - Correspondence
      g. V - Visiting
      h. S - Inmate Services
      i. D - Discipline
      j. A - Assaults
      k. H - Health and Comfort
      l. R - Inmate Rights
      m. E - Clothing Exchange/Property
      n. P - Allegations of staff misconduct
      o. G - Grievances
      p. O - Other
      q. M - Medical
      r. F - Food
      s. MH - Mental Health
   6. If the grievance is appealed, the **DGO** will stamp the grievance "Appeal" and enter the appeal date in the log.
B. The **DGO** will record the grievance in the Grievance Log.
C. When a disposition is reached on the grievance the **DGO** will record the disposition in the Grievance Log.
D. The DGO's copy of all grievances and dispositions will be filed under Grievance Responses by month.

## 4.7 HEALTH CARE GRIEVANCES

A. When the **Module Officer** receives a grievance involving a medical, mental health or dental issue, he will notify the appropriate medical or mental health staff to evaluate the grievance in an attempt to resolve the grievance and insure that a valid medical problem does not go untreated.
B. If the grievance is not immediately resolved by medical, mental health or dental staff, the grievance will be forwarded by the **Module Officer** directly to the DGO.

C. The **DGO** will process the grievance by:
   1. Logging the grievance;
   2. Preparing a Health Care Grievance Investigation Memo;
   3. Making two (2) copies of the Health Care Grievance Investigation Memo, and one (1) copy of the Inmate Grievance Form;
   4. Distributing the copies as follows:
      a. A copy of Inmate Grievance Form and a copy of the Health Care Grievance Investigation Memo to the appropriate Health Care staff.
      b. The original of the Health Care Grievance Investigation Memo to the inmate.
      c. The original of the Grievance Form and the Health Care Grievance Investigation Memo will be filed by the DGO, pending a response from Health Care Staff.
D. **Health Care Staff** will respond to the inmate's grievance in writing within three (3) working days and forward it to the DGO within that time period.
E. The DGO will forward a response to the inmate within two (2) days of receiving the response from Health Care Staff.
F. The **Inmate** has the right to appeal the response of Health Care Staff per the procedure in <u>Section 4.4</u> of this chapter.

## 4.8 ALLEGATIONS OF STAFF MISCONDUCT

A. All grievances involving allegations of staff misconduct will be forwarded by the **Module Officer** directly to the Supervising Sergeant or the appropriate Support Services Supervisor.
B. The **Supervising Sergeant or Support Services Supervisor will** conduct an initial investigation of the grievance.
C. The Supervising Sergeant or Support Services Supervisor's investigation may include interviews with the staff and inmates involved in an attempt to resolve the grievance.
D. The **Supervising Sergeant or Support Services Supervisor** will document the investigation and his response to the inmate in writing and forward it to the inmate with a copy to the DGO.
E. The **Inmate** may appeal the Supervising Sergeant or Support Services Supervisor's response by submitting the grievance to the DGO.
F. If the grievance is appealed, the **DGO** will assign a grievance number, send a memo to the inmate informing him that his grievance involves staff misconduct and it has been forwarded to the Watch Commander for investigation.
G. The **DGO** will retain a copy of the memo, attach it to a copy of the grievance, and place it in a suspension file until the grievance is completed.
H. The **Watch Commander** will investigate the grievance.
I. Upon completing the investigation of the grievance the **Watch Commander** will respond to the grievance, via memo, to the inmate, via the DGO within 10 working days of receipt of the grievance.

    J.    The **DGO** will forward the original grievance and the memo to the inmate, retaining copies for his files.