6/9/08

Office of the Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Ave.
San Francisco, Calif. 94102

(COPY)
FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Clerk of the District Court:

I am requesting more time to answer the answer. I was in the Tri-County Hospital in a coma and on life support, am returned here after spending April and May in the hospital. I am recovering here at Coalinga State Hospital so I must make this request and would appreciate your assistance. I had medical problems involving my breathing and double pneumonia. Thank you and this court for your assistance in this matter.

I remain,
C. Krich

change of address ⟶ Unit MA-2
P.O. Box 5003
Coalinga, Calif. 93210.

Case No.
0038 WHA (PR)

P.S. Need as much time as allowable.

Nicholas Krah Case No. 0038 (PR)
Unit MA-2
P.O. Box 5003
Calipatria, Calif.

Confidential Legal Mail 34102+3661

CASE NO. 0038 (PR)
WHA
Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif. 94102



NEOPOST
$0.42
JUN 09 2008
US POSTAGE
First-Class Mail
MAILED FROM 93210
04800085002666