1  CHARLES ANTHONY KRAH
   CO-000666-8, Unit MA-2
2  24511 West Jayne Avenue
   Post Office Box 5003
3  Coalinga, CA  93210-5003
   Telephones:  (559) 934-0396
4               (559) 934-0894



FILED
08 JUN 12 PM 2: 11
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY KRAH,

        Plaintiff,

  vs.

DEPUTY CROOK, SONOMA COUNTY JAIL,

        Defendants.

No. C 08-0038 WHA (PR)

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

*TO THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT JUDGE; AND TO BONNIE A. FREEMAN, ESQ., COUNSEL FOR DEFENDANTS COUNTY OF SONOMA AND C/O CROOK:*

    Plaintiff CHARLES ANTHONY KRAH (hereinafter "plaintiff") respectfully moves this Honorable Court for an enlargement of time (of the Court's choosing) within which to file his opposition to defendants Motion to Dismiss Complaint (Unenumerated).

    This is request is made on the ground that plaintiff, a 78-year-old man, was during the months of April through May of 2008 hospitalized at Twin Cities Hospital in the City of Templeton, in a coma due to pneumonia and respiratory failure.  Plaintiff has very recently been returned to Coalinga State Hospital, where is housed in Medical Assessment Unit No. 2 ("MA-2") under round-the-clock care and supervision.

//

1       Plaintiff has only this date received "Defendants County of Sonoma and C.O. Crook's
2   ... Motion to Dismiss Complaint [Unenumerated]" *[sic]*, and will respond to it as soon as is
3   possible.
4       Plaintiff has made no other motions for enlargement of time in this action.
5   DATED:  June 9, 2008
6                                                  Respectfully submitted,
7
8
9                                                  CHARLES A. KRAH
10                                                 Plaintiff, *in propria persona*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\* \*   *Certificate of Service by Mail*   \* \*

Case Name:   <u>Krah v. Crook, et al.</u>

Case Number:   <u>C 08-0038 WHA (PR)</u>

\* \* \* \* \* \* \*

I am over the age of eighteen years and not a party to this action.

On June 9, 2008, I served the attached

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

by placing a true and correct copy thereof into a sealed envelope with postage fully prepaid and affixed thereon into the United States Mail at Coalinga (Fresno County), California, addressed as follows:

BONNIE A. FREEMAN, ESQ. (SBN 180502)
SENNEFF FREEMAN & BLUESTONE, L.L.P.
50 Old Courthouse Square, Suite 401
Post Office Box 3729
Santa Rosa, CA  95402-3729

This *Certificate of Service by Mail* is made pursuant to Rule 5 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 9, 2008

_____M. Sokolsky_____
       *Printed Name*

_____[signature]_____
        *Signature*

: CHARLES A. KRAH
CO-000666-8, Unit MA-2
24511 West Jayne Avenue
Post Office Box 5003
Coalinga, CA  93210-5003



TO: Richard W. Weiking, Clerk/Executive Officer
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFONIA
450 Golden Gate Avenue
San Francisco, California  94102-3483