United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHARLES ANTHONY KRAH,                    No. C 08-0038 WHA (PR)

11          Plaintiff,                 **ORDER EXTENDING TIME**

12      v.

13   Deputy CROOK, Sonoma County Jail,

14          Defendants.
                                    /
15

16       Plaintiff's motion for an extension of time to oppose the motion to dismiss (document

17   number 14 on the docket) is **GRANTED**.  The opposition filed contemporaneously with the

18   motion is deemed timely.

19       **IT IS SO ORDERED.**

20   Dated: September __2__, 2008.

                                    WILLIAM ALSUP
21                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28   G:\PRO-SE\WHA\CR.07\CR.08\KRAH0038.EXT-P.wpd