UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. KRAH,<br><br>          Plaintiff,<br><br>   v.<br><br>CROOK et al,<br><br>          Defendant. _____/ | Case Number: CV08-00038 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles A. Krah
Coalinga State Hospital
Unit #10
PO Box 5003
Coalinga, CA 93210-5003

Dated: September 2, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk