UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHARLES A. KRAH,

               Plaintiff,

  v.

CROOK et al,

               Defendant.

_____/

Case Number: CV08-00038 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charles A. Krah
Coalinga State Hospital
Unit #10
PO Box 5003
Coalinga, CA 93210-5003

Dated: February 8, 2010

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk