UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. KRAH,

        Plaintiff,

  v.

CROOK et al,

        Defendant.

Case Number: CV08-00038 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles A. Krah
Coalinga State Hospital
Unit #10
PO Box 5003
Coalinga, CA 93210-5003

Gilbert R. Serota
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center
7th Floor
San Francisco, CA 94111-4024

Dated: March 26, 2010

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk