UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD KRAH,<br>            Plaintiff, | No. C 08-0038 WHA |
| v. | **ORDER GRANTING REQUEST FOR PLAINTIFF CHARLES KRAH TO ATTEND THE MEDIATION TELEPHONICALLY** |
| MATTHEW CROOK,<br>            Defendant. | |
| | Date:       July 23, 2010<br>Mediator:  Randolph Hall |

   IT IS HEREBY ORDERED that the request for plaintiff Charles Krah to be excused from personally attending the July 23, 2010 mediation session before Randolph Hall is GRANTED. Mr. Krah shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

July 15, 2010                    By:         _Elizabeth D. Laporte_
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge